UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD HAGOOD,<br><br>          Plaintiff,<br><br>     -v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>          Defendant. | Case No.: 3:18-cv-01510-NJR-SCW<br><br>Honorable Nancy J. Rosenstengel |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Portfolio Recovery Associates, LLC ("PRA"), by counsel, hereby submits its Motion for Summary Judgment. For the reasons set forth in the accompanying Statement of Undisputed Facts, Memorandum in Support, and exhibits thereto, PRA requests that the Court grant PRA's Motion for Summary Judgment and enter an order dismissing Plaintiff's claims against PRA with prejudice.

Dated: May 17, 2019                By: */s/ Meagan A. Mihalko*
                                   Seth M. Erickson
                                   TROUTMAN SANDERS LLP
                                   One North Wacker Drive
                                   Chicago, Illinois 60606
                                   Telephone: (312) 759-5930
                                   Facsimile: (773) 877-3737
                                   E-Mail: seth.erickson@troutman.com

                                   James K. Trefil
                                   Meagan A. Mihalko
                                   TROUTMAN SANDERS LLP
                                   1001 Haxall Point
                                   Richmond, Virginia 23219
                                   Telephone: (804) 697-1864
                                   Facsimile: (804) 697-1339
                                   E-Mail: james.trefil@troutman.com
                                   E-Mail: meagan.mihalko@troutman.com

                                   *Counsel for Portfolio Recovery Associates, LLC*