# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

**EDWARD HAGOOD**,

                           Plaintiff,

v.                                             Case Number: 3:18-cv-1510-NJR-SCW

**PORTFOLIO RECOVERY
ASSOCIATES, LLC,**

                           Defendant

_____/

## Plaintiff's Motion for Summary Judgment

Plaintiff Edward Hagood ("**Hagood**" or "**Plaintiff**") submits his Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum in Support, Hagood requests that the Court grant his Motion for Summary Judgment and award damages to Plaintiff in the amount of $532,500.00, calculated as 355 calls X $500 per call statutory damages, trebled for a willful violation of the Telephone Consumer Protection Act ("**TCPA**"), 47 U.S.C. § 227.

Respectfully submitted:

Joel S. Halvorsen                          By:    /s/ *Chris R. Miltenberger*
**HALVORSEN KLOTE**                                Chris R. Miltenberger
680 Craig Road                                     Texas Bar Number: 14171200
Suite 104
St. Louis, MO  63141                               **The Law Office of Chris R.**
P: (314) 451-1314                                  **Miltenberger, PLLC**
F: (314) 787-4323
joel@hklawstl.com                                  1360 N. White Chapel, Suite 200
                                                   Southlake, Texas 76092-4322
                                                   817-416-5060 (office)
                                                   817-416-5062 (fax)
                                                   chris@crmlawpractice.com

                                                   **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

This is to certify that on May 31, 2019,  a true and correct copy of the above was filed electronically and served electronically on the following counsel of record for Defendant:

Seth M. Erickson
TROUTMAN SANDERS LLP
One North Wacker Drive, Suite 2905
Chicago, Illinois 60606

                        By:    /s/ *Chris R. Miltenberger*
                               Chris R. Miltenberger