IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD HAGOOD,

      Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

      Defendant.

Case No. 3:18-CV-1510-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 19, 2020 (Doc. 80), judgment is entered in favor of Defendant Portfolio Recovery Associates, LLC. Plaintiff Edward Hagood shall recover nothing, and this entire action is **DISMISSED**.

DATED: March 19, 2020

                                              MARGARET M. ROBERTIE,
                                              Clerk of Court

                                              By:  s/ *Deana Brinkley*
                                                      Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**